# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION AT DAYTON

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

**-vs-**                                              **Case No. 3:17-CR-04**

**WILLIAM KNIGHT,**

        **Defendant.**

---

## ENTRY GRANTING DEFENDANT'S MOTION
## DEFERRING OF EXECUTION OF SENTENCE

---

For good cause shown, the defendant's Motion to Extend Time to Execute Sentence, to extend date of reporting (doc. 32) is GRANTED. The defendant's motion to extend his reporting date is granted, until September 27, 2017.

Therefore, IT IS THE ORDER OF THE COURT that the date for the defendant's voluntary surrender be extended until September 27, 2017. It is requested that the U.S. Marshals receive a new surrender date for the defendant for anytime after September 27, 2017.

**DONE** and **ORDERED** in Dayton, Ohio, this 25th day of August, 2017.

*s/Thomas M. Rose*

_____

THOMAS M. ROSE, JUDGE
UNITED STATES DISTRICT COURT